UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 8:03-cr-184-T-30EAJ

COURTNEY ALLEN
_____/

## ORDER

The United States Sentencing Commission has promulgated Amendment 706 lowering the base offense level for cocaine base (crack cocaine) offenses in many cases for eligible defendants sentenced on or after November 1, 2007.  The Commission later decided this Amendment should be applied retroactively to defendants sentenced before November 1, 2007.  The Defendant in this case, having been sentenced prior to November 1, 2007, filed a motion *pro se* seeking a sentence reduction [Dkt. 522 ].

The Defendant pled guilty to a one count superseding indictment alleging Conspiracy to Possess With the Intent to Distribute Five (5) Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base in violation of 21 U.S.C. § 846).  The Court determined that the Defendant's total offense level to be a 23 with a criminal history category of VI, providing for a guideline imprisonment range of 92 - 115 months.  However, the mandatory minimum for this offense is 10 years, therefore, the guideline range is 120 months.  The defendant was sentenced to the statutory mandatory minimum sentence of one hundred and twenty (120) months imprisonment.   As the Court has sentenced the defendant to the

shortest term of imprisonment permitted by statute, the defendant is considered ineligible for relief under the Amendment. Therefore, a reduction in the Defendant's term of imprisonment is not authorized under 18 U.S.C. § 3582(c) and is not consistent with USSG §1B1.10.

IT IS therefore ORDERED and ADJUDGED that the Defendant's motion for a sentence reduction [Dkt. 522] is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on July 11, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Defendant:   Courtney Allen, #41195-018
             Coleman Low FCI
             P.O. Box 1031
             Coleman, FL 33521
U.S. Probation
Bureau of Prisons